1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
3  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
4  Karen L. Wallace (SBN 272309)
   Karen.Wallace@capstonelawyers.com
5  Capstone Law APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Attorneys for Plaintiff Steven Brand

9  SHOOK, HARDY & BACON L.L.P.
   Amir M. Nassihi (SBN 235936)
10 anassihi@shb.com
   One Montgomery, Suite 2700
11 San Francisco, California 94104-4505
   Telephone: (415) 544-1900
12 Facsimile: (415) 391-0281

13 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BRAND individually, and on behalf of other members of the general public similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>           Defendant. | Case No.: 2:16-cv-07378-BRO-SK<br><br>Hon. Judge Beverly Reid O'Connell<br><br>**STIPULATION TO EXTEND NISSAN'S DEADLINE TO RESPOND TO COMPLAINT AND SETTING FORTH A BRIEFING SCHEDULE ON ANY ANTICIPATED MOTIONS FILED BY NISSAN IN RESPONSE TO THE COMPLAINT**<br><br>Complaint served: October 10, 2016 |

## STIPULATION

This Stipulation is entered into by and between the Parties, Plaintiff, Steven Brand ("Plaintiff"), and Defendant, Nissan North America, Inc. ("Defendant" or "Nissan") through their respective undersigned counsel. The Parties hereby stipulate, subject to Court approval, to extend Nissan's deadline to respond to the complaint and to set a briefing schedule with respect to any motion to dismiss or other motion(s) Nissan may file in response to Plaintiffs' Complaint. This stipulation is based on the following facts:

1. Plaintiff filed this putative class action complaint against Defendant on September 30, 2016 [1]. Plaintiff served the complaint on Defendant on October 10, 2016 [10].

2. On October 12, 2016, at Defendant's request, the Parties filed a stipulation pursuant to L.R. 8-3 to extend Nissan's time to respond to initial complaint by not more than 30 days [9]. Per the stipulation, Nissan's deadline to respond to the complaint is November 30, 2016.

3. The Parties have conferred regarding Nissan's anticipated response to the complaint and agree that the complexities and breadth of the present issues and alleged causes of action require additional time for the Parties to evaluate and brief any anticipated motion to dismiss filed by Nissan. Therefore, the parties have agreed to enter into a briefing schedule with respect to any motion to dismiss or other motion(s) filed by Nissan in response to the Complaint:

**THEREFORE**, subject to the approval of the Court, the Parties hereby **STIPULATE** and request the Court order as follows:

1. Defendant shall file its response to the Complaint on or before Wednesday, December 14, 2016.

2. If Nissan files any motion(s) in response to the Complaint, Plaintiffs shall file their opposition(s) on or before Wednesday, January 11, 2016.

3. Nissan shall file its repl(ies) in support of any motion(s) in response

1 | to the Complaint on or before Wednesday, January 25, 2016.

2 |     4.    The hearing on any motion(s) in response to the Complaint shall be set for Monday, February 27, 2016, at 1:30 p.m., or another date more convenient to the Court.

Dated: November 16, 2016    **CAPSTONE LAW APC**

    By: /s/ Cody R. Padgett
        Jordan L. Lurie
        Tarek H. Zohdy
        Cody R. Padgett
        Karen L. Wallace

    Attorneys for Plaintiff,
    Steven Brand

Dated: November 16, 2016    **SHOOK HARDY &BACON L.L.P.**

    By:  /s/ Amir Nassihi
        Amir Nassihi

    Attorneys for Defendant,
    Nissan North America, Inc.

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 16, 2016.

By: /s/ Cody R. Padgett
Cody R. Padgett

Page 3
STIPULATION TO EXTEND NISSAN'S TIME TO RESPOND TO COMPLAINT AND FOR BRIEFING SCHEDULE ON ANY MOTION(S) IN RESPONSE TO THE COMPLAINT