1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN BRAND individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No.: 2:16-cv-07378-BRO-SK<br><br>Hon. Judge Beverly Reid O'Connell<br><br>**ORDER GRANTING STIPULATION TO EXTEND NISSAN'S DEADLINE TO RESPOND TO COMPLAINT AND SETTING FORTH A BRIEFING SCHEDULE ON ANY ANTICIPATED MOTIONS FILED BY NISSAN IN RESPONSE TO THE COMPLAINT**<br><br>Complaint served: October 10, 2016 |
|---|---|

1  Having considered the Stipulation to Extend Nissan's Time to Respond to
2  Complaint and for a Briefing Schedule on any Motion(s) in Response to the
3  Complaint entered into by Plaintiff Steven Brand and Defendant Nissan North
4  America, Inc., and good cause appearing, the **COURT ORDERS** as follows:

6  1.  Defendant shall file its response to the Complaint on or before
7  Wednesday, December 14, 2016.
8  2.  If Defendant files any motion(s) in response to the Complaint,
9  Plaintiff shall file his opposition(s) on or before Wednesday, January 11, 2016.
10 3.  Defendant shall file its repl(ies) in support of any motion(s) in
11 response to the Complaint on or before Wednesday, January 25, 2016.
12 4.  The hearing on any motion(s) in response to the Complaint shall be
13 set for Monday, February 27, 2016, at 1:30 p.m., or another date more
14 convenient to the Court.
15 IT IS SO ORDERED.

17 DATED: November 4, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

_____
U.S. District Judge