SHOOK, HARDY & BACON L.L.P.
Amir Nassihi, Esq. (SBN 235936)
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone: 415.544.1900
Facsimile: 415.391.0281

Paul B. La Scala, Esq. (SBN 186939)
Gabriel S. Spooner, Esq. (SBN 263010)
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949.475.1500
Facsimile: 949.475.0016

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BRAND, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 2:16-cv-07378-BRO-SK<br><br>Judge: Hon. Beverly Reid O'Connell<br>Ctrm: 7C<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Filed concurrently with [Proposed] Order)<br><br>Complaint Filed: September 30, 2016<br>FAC Filed: March 17, 2017 |

　　　　Plaintiff Steven Brand ("Plaintiff") and defendant Nissan North America, Inc. ("Nissan") hereby stipulate and agree to a ten day extension of time for Nissan to respond to Plaintiff's First Amended Complaint ("FAC"), which was filed on March 17, 2017. This extension is sought due to time constraints on Nissan's counsel with regard to other matters, as well as travel and a short vacation. In addition, although Parties agree that Nissan's obligation to file an answer is tolled until any Motion to

Dismiss the FAC is resolved, due to a lack of clarity on this, Parties also stipulate to reaffirm that Nissan's deadline to file its Answer to the FAC is tolled until its Motion to Dismiss the FAC is resolved. Accordingly, it is hereby stipulated that:

1. Nissan's deadline to file its Motion to Dismiss the FAC is extended by 10 days, from March 31, 2017 to April 10, 2017;

2. Nissan's deadline to file its Answer to the FAC is tolled until its Motion to Dismiss the FAC is resolved; and

3. Nissan will file its Answer within 14-days of either (a) the operative Complaint being made final by ruling of the Court; or (b) the filing of a Second Amended Complaint to which Nissan does not intend to challenge.

**IT IS SO STIPULATED.**

Dated: March 21, 2017      CAPSTONE LAW APC

By:   /s/ Tarek H. Zohdy
Tarek H. Zohdy
Attorneys for Plaintiff

Dated: March 21, 2017      SHOOK, HARDY & BACON, L.L.P.

By:   /s/Amir M. Nassihi
Amir M. Nassihi
Attorneys for Defendant
NISSAN NORTH AMERICA, INC.