1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN BRAND, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>  vs.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>    Defendant. | Case No. 2:16-cv-07378-BRO-SK<br><br>Judge: Hon. Beverly Reid O'Connell<br>Ctrm: 7C<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S <u>FIRST AMENDED COMPLAINT</u>**<br><br>Complaint Filed: September 30, 2016<br>FAC Filed: March 17, 2017 |

    Upon consideration of all the papers filed, and showing of good cause, the Court GRANTS the parties' Joint Stipulation Extending Time to Respond to Plaintiff's First Amended Complaint ("FAC") as follows:

    1.    Nissan's deadline to file its Motion to Dismiss the FAC is extended by 10 days, from March 31, 2017 to April 10, 2017;

    2.    Nissan's deadline to file its Answer to the FAC is tolled until its Motion to Dismiss the FAC is resolved; and

3. Nissan will file its Answer within 14-days of either (a) the operative Complaint being made final by ruling of the Court; or (b) the filing of a Second Amended Complaint to which Nissan does not intend to challenge.

**IT IS SO ORDERED.**

Dated: March 28, 2017

_____
Hon. Beverly Reid O'Connell
United States District Court Judge